UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SHEEHAN, | No. C 14-03156 LB |
| Plaintiff(s), | ORDER |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, ET AL., | |
| Defendant(s), | |

The Case Management Conference is reset to November 20 2014 at 11:00 a.m. A Joint Case Management Statement with updated information only due November 13, 2014. The court continues the matter to allow sufficient time to sort out the issue of Officer Pianata.

Date: October 6, 2014

Laurel Beeler
United States Magistrate Judge