John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
**SCOTT LAW FIRM**
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
MEGAN SHEEHAN

RECEIVED
APR 22 2015
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEGAN SHEEHAN<br><br>      Plaintiff,<br>v.<br><br>BAY AREA RAPID TRANSIT, NOLAN PIANTA, CITY OF OAKLAND, MICHAEL STOLZMAN, and DOES 1-20, inclusive.<br><br>      Defendants. | Case No.: C 14-03156 LB<br><br>**PLAINTIFF'S MANUALLY FILED EXHBITS 1, 2 & 3 TO EXHIBIT C TO DECLARATION OF LIZABETH N. DE VRIES IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT**<br><br>Date:  May 28, 2015<br>Time: 9:30 a.m<br>Place: Courtroom C, 15th Floor<br>Judge: The Honorable Mag. Beeler |

# EXHIBITS 1, 2 & 3



## CERTIFICATE OF SERVICE

*(Megan Sheehan v. Bay Area Rapid Transit, et al.*, Case No. C 14-03156 LB)

I, Sherry Alhawwash, declare as follows:

I am a citizen of the United States, over the age of eighteen years and not a party to the within entitled action. My business address is 1388 Sutter Street, Suite 715, San Francisco, California 94109. On April 22, 2015, I served the attached:

**PLAINTIFF'S MANUALLY FILED EXHIBITS 1, 2 & 3 TO EXHIBIT C TO DECLARATION OF LIZABETH N. DE VRIES IN SUPPORT OF MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLANT**

on the interested party(ies) named below:

> Owen T. Rooney
> Edrington, Schirmer & Murphy
> The Terraces
> 2300 Contra Costa Blvd., Suite 450
> Pleasant Hill, CA 94523

I served the attached document(s) in the manner indicated below:

☒ **BY MAIL:** I caused true and correct copy(ies) of the above documents to be placed and sealed in envelope(s) addressed to the addressee(s) named above and, following ordinary business practices, placed said envelope(s) at 1388 Sutter Street, Suite 715, San Francisco, CA 94109, for collection and mailing with the United States Postal Service and there is delivery by the United States Post Office at said address(es). In the ordinary course of business, correspondence placed for collection on a particular day is deposited with the United States Postal Service that same day.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed April 22, 2015 at San Francisco, California.

*/s/ Sherry Alhawwash*
Sherry Alhawwash

-1-
CERTIFICATE OF SERVICE