OWEN T. ROONEY, ESQ. (Bar No. 127830)
EDRINGTON, SCHIRMER & MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA 94523
Telephone: (925) 827-3300

Attorney for Defendants,
BAY AREA RAPID TRANSIT DISTRICT
And NOLAN PIANTA

John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel: (415) 561-9601
Fax: (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
MEGAN SHEEHAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH**

| | |
|---|---|
| MEGAN SHEEHAN,<br><br>    Plaintiff,<br><br>  v.<br><br>BAY AREA RAPID TRANSIT, NOLAN PIANTA, CITY OF OAKLAND, MICHAEL STOLZMAN, and DOES 1-20, inclusive.<br><br>    Defendants.<br>_____/ | Case No. C14-03156 LB<br><br>**UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND [PROPOSED] ORDER**<br><br>**Date:** May 28, 2015<br>**Time:** 11:00 a.m.<br>**Dept:** 15th Fl. Crtrm. C |

Plaintiff Megan Sheehan, and defendants BART and Nolan Pianta, through counsel, jointly submit this updated Case Management Conference Statement only providing updates and not repeating what has already been submitted. Other than the topics listed herein, plaintiff is not aware of any changes to the previous CMC statement filings. The parties propose that the Court set a case-management conference after the new parties (City of Oakland and Michael Stolzman)

1
Updated Joint Case Management Statement

appear to finalize the litigation schedule. However, to comply with the Court's order, the parties provide a proposed schedule as well as updates as requested herein.

### 1. PROPOSED SCHEDULING

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Further Case Management Conference | Late June 2015 |
| ADR completion date | TBD |
| Non-expert discovery completion date | 9/7/15 |
| Expert disclosures required by Federal Rules of Civil Procedure | 10/7/15 |
| Rebuttal expert disclosures | 10/21/15 |
| Expert discovery completion date | 11/21/15 |
| Last hearing date for dispositive motions and/or further case management conference | Mid-January 2016 |
| Meet and confer re pretrial filings | Mid-February 2016 |
| Pretrial filings due | Early March 2016 |
| Oppositions, Objections, Exhibits, and Depo Designations due | Mid-March |
| Final Pretrial Conference | Early April 2016 |
| Trial | Mid-April 2016 |
| Length of Trial | 5 days |

### II. FACTS

**<u>Updates to Plaintiff's Contentions:</u>**

Plaintiff's understanding of the facts was recently enhanced by the defendant's disclosure of a body-camera video by Oakland Police Department Officer Joel Hight.

Hight's video depicted the take down which caused Megan Sheehan's injuries. It shows that Nolan Pianta was not the only officer who participated in this use of force. Instead, when Pianta threw Sheehan to the ground holding one of her hands behind her back, an Oakland Police Officer also held her other hand behind her back as she was "guided" to the floor, face first.

1  Plaintiff sought and obtained permission to file a Third Amended Complaint which has
2  been filed. The pleading named two new defendants, the City of Oakland and Michael Stolzman.
3  The amended pleading was served on Monday May 18, 2015.

**Updates Defendant's Contentions:**

**The principal factual issues in dispute according to the Defendant are**:

1. Whether plaintiff was publicly intoxicated;
2. Whether plaintiff acted confrontationally towards and resisted Officers Tarabanino, Carrasco and Pianta;
3. Whether Officer Pianta was justified in using force to defend himself against plaintiff's aggressive, belligerent and hostile conduct;
4. Whether the BART Police Dept. has adequate training and a pattern and policy of unconstitutional conduct;
5. Whether plaintiff was lawfully arrested;
6. Whether there was excessive force or is defendant entitled to qualified immunity;
7. The nature and extent of plaintiff's damages.

### III.   MOTIONS

Plaintiff may have to file a motion relating to BART's improper designation that all video recordings in this case, the lion's share of which were disclosed pursuant to FRCP 26 and identified as non-privileged, are subject to the Protective Order. Plaintiff may also have to bring a motion to permit her re-examination of Nolan Pianta in deposition relating to the evidence in the Hight video, if defendant refuses to permit this deposition be reconvened after the new parties have appeared in the case.

Defendant may file a Motion for Summary Judgment in this matter.

### IV.   AMENDMENT OF PLEADINGS

Plaintiff does not anticipate needing any additional amendments.

### V.   SETTLEMENT AND ADR

The parties participated in an ENE conference on April 21, 2015 which did not resolve the case.

Dated:  May 21, 2015                           Respectfully submitted,

                                               SCOTT LAW FIRM
                                     By:  /s/Lizabeth N. de Vries
                                            Lizabeth N. de Vries, Esq.
                                            Attorney for Plaintiff

Dated:  May 21, 2015                  EDRINGTON, SCHIRMER & MURPHY LLP

                                            By:  /s/Owen T. Rooney
                                            Owen T. Rooney
                                            Attorney for BART

## **CASE MANAGEMENT ORDER**

      The above JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER is approved as the Case Management Order for this case and all parties shall comply with its provisions.

      IT IS SO ORDERED.

Dated: _____

                                            THE HONORABLE LAUREL BEELER
                                            UNITED STATES DISTRICT COURT
                                            MAGISTRATE JUDGE