```
1  OWEN T. ROONEY, ESQ. (Bar No. 127830)          [G.C. 6103]
   EDRINGTON, SCHIRMER & MURPHY
2  The Terraces
   2300 Contra Costa Blvd., Suite 450
3  Pleasant Hill, CA  94523
   Telephone:  (925) 827-3300
4
5  Attorney for Defendants BAY AREA RAPID TRANSIT DISTRICT
   and NOLAN PIANTA
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

| | |
|---|---|
| MEGAN SHEEHAN, | Case No. C14-03156 LB |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER EXCUSING NOLAN PIANTA AND MICHAEL STOLZMAN FROM ATTENDING THE SETTLEMENT CONFERENCE** |
| v. | |
| BAY AREA RAPID TRANSIT DISTRICT, NOLAN PIANTA, and DOES1-20, inclusive. | |
| Defendants. | |

Plaintiff, MEGAN SHEEHAN, by and through her undersigned attorney of record, and defendants, BAY AREA RAPID TRANSIT DISTRICT and NOLAN PIANTA and the CITY OF OAKLAND and MICHAEL STOLZMAN, through their undersigned attorney of record, hereby stipulate and request this court's order as follows:

1. This civil rights action alleges excessive force at Santa Rita Jail on March 17, 2014.

2. Nolan Pianta is a police officer employed with the BART Police Dept. and a named defendant. Michael Stolzman is a police officer employed with the Oakland Police Dept. and a named defendant.

3. This case is scheduled for a Settlement Conference with Chief Magistrate Judge Spero on September 24, 2015.

1    4.    It is requested that Nolan Pianta's attendance at the Settlement Conference be
2 excused.  First, Nolan Pianta is scheduled to be on vacation and out of state on September 24,
3 2015.  Secondly, Mr. Pianta is a not decision-maker for settlement purposes.  An authorized
4 BART representative with the authority to settle will attend the Settlement Conference.
5    5.    It is requested that Michael Stolzman's attendance at the Settlement
6 Conference be excused.  Mr. Stolzman is a not decision-maker for settlement purposes.  An
7 authorized City of Oakland representative with the authority to settle will attend the Settlement
8 Conference.
9    6.    All counsel have agreed that the appearances of Mr. Pianta and Mr. Stolzman
10 may be excused from the Settlement Conference.

**IT IS SO STIPULATED**

DATED:  July 28, 2015                    SCOTT LAW FIRM

By:  _____/s/_____
    Lizabeth de Vries, Esq.

DATED:  July 28, 2015                    OFFICE OF THE CITY ATTORNEY

By:  _____/s/_____
    James Hodgkins, Esq.

DATED:  July 28, 2015                    EDRINGTON, SCHIRMER & MURPHY LLP

By:  _____/s/_____
    Owen T. Rooney

**IT IS SO ORDERED**

DATED:  ~~July~~ August 5, 2015

By_____
Chief Magistrate Judge Joseph C. Spero

2
Case No. C14-03156 LB – Stipulation and [Proposed] Order Excusing Pianta and Stolzman

**CERTIFICATION BY OWEN T. ROONEY PURSUANT TO LOCAL RULE NO.5-1, SECTION (i)(3). RE E-FILING ON BEHALF OF MULTIPLE SIGNATORIES**

1. I am an attorney licensed to practice law in the State of California, and am an attorney in the law firm of Edrington, Schirmer & Murphy, counsel for Defendants Bay Area Rapid Transit District and Nolan Pianta. The statements herein are made on my personal knowledge, and if called as a witness, I could and would testify thereto.

2. The above e-filed document contains multiple signatures. I declare that concurrence has been obtained from each of the other signatories to file this jointly prepared document with the Court. Pursuant to Local Rule 5-1, section (i)(3), I shall maintain records to support this concurrence for subsequent production for the Court if so ordered, or for inspection upon request by a party until one year after final resolution of the action (including appeal, if any).

I declare under penalty of perjury under the laws of the United States of California that the foregoing is true and correct on July 28, 2015.

                /s/
                Owen T. Rooney