# SCOTT LAW FIRM
_____

**John Houston Scott**
john@scottlawfirm.net
(415) 561-9601

**Lizabeth N. de Vries**
liza@scottlawfirm.net
(415) 561-9603

1388 Sutter Street, Suite 715
San Francisco, California 94109
www.scottlawfirmsf.com

Telephone
(415) 561-9600

Facsimile
(415) 561-9609

September 10, 2015

The Hon. Magistrate Judge Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue, Courtroom G, 15th Floor
San Francisco, CA  94102

Re:    *Megan Sheehan v. BART, et al.,* Case No. CV-14-03156 LB (JCS)

Dear Magistrate Judge Spero:

I write on behalf of the Plaintiff Megan Sheehan.  Plaintiff respectfully requests a 2-day extension to serve the Mandatory Settlement Conference Statement in preparation for the conference on September 24, 2015. This request is made due to a personal family emergency.

I apologize for the short notice and thank you in advance for your consideration regarding this request.

Very truly yours,

**SCOTT LAW FIRM**

/s/ Lizabeth N. de Vries

Lizabeth N. de Vries

/lnd
cc:    James F. Hodgkins (via ECF electronic service)
       Owen T. Rooney (via ECF electronic service)

Dated: 9/11/15

