John Houston Scott (SBN 72578)
Lizabeth N. de Vries (SBN 227215)
SCOTT LAW FIRM
1388 Sutter Street, Suite 715
San Francisco, CA 94109
Tel:  (415) 561-9601
Fax:  (415) 561-9609
john@scottlawfirm.net
liza@scottlawfirm.net

Attorneys for Plaintiff,
MEGAN SHEEHAN

OWEN T. ROONEY, ESQ. (Bar No. 127830)
EDRINGTON, SCHIRMER & MURPHY
The Terraces
2300 Contra Costa Blvd., Suite 450
Pleasant Hill, CA  94523
Telephone:  (925) 827-3300

Attorney for Defendants,
BAY AREA RAPID TRANSIT DISTRICT
and NOLAN PIANTA

BARBARA J. PARKER, City Attorney, SBN 069722
OTIS McGEE, JR., Chief Assistant City Atty., SBN 71885
JAMES F. HODGKINS, Supervising Trial Atty. , SBN 142561
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California  94612
Phone:  (510) 238-6135, Fax:  (510) 238-6500

Attorneys for Defendants
CITY OF OAKLAND and OFFICER MICHAEL STOLZMAN

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH**

| | |
|---|---|
| MEGAN SHEEHAN, | Case No.  C14-03156 LB |
| Plaintiff, | **UPDATED JOINT CASE MANAGEMENT CONFERENCE STATEMENT** |
| v. | |
| BAY AREA RAPID TRANSIT, NOLAN PIANTA, CITY OF OAKLAND, MICHAEL STOLZMAN, and DOES 1-20, inclusive. | **Date:**  October 8, 2015<br>**Time:**  11: 00 a.m.<br>**Dept:**  15th Fl. Crtrm. C |
| Defendants. | |

1    Plaintiff Megan Sheehan, and defendants BART, Nolan Pianta, City of Oakland and
2 Officer Michael Stolzman, through counsel, jointly submit this updated Case Management
3 Conference Statement pursuant to the Court's June 26, 2015 Case Management and Pretrial
4 Order (Dkt. 55) and the July 21, 2015 stipulation and order amending discovery cut-off deadline
5 re: rebuttal and expert disclosures (Dkt. 58).
6    The parties participated in a settlement conference on September 24, 2015, which did not
7 resolve the case.
8    Plaintiff requested mutually convenient dates for the following BART depositions.
9    1.   Person who authored BART's Internal Affairs five-page memorandum which was
10 produced to plaintiff and discussed in several depositions;
11    2.   Lt. Haight (if he is not the author of the report);
12    3.   Deputy Chief Jennings; and,
13    4.   Chief Rainey from BART.
14    Plaintiff has also inquired whether Oakland has completed its Internal Affairs ("IA")
15 investigation because she wishes to depose the IA investigator and the chain of command who
16 reviewed and approved the findings and conclusions including the Chief.
17    Defendants' counsel responded that they are checking with their clients and Oakland
18 provided available dates.
19    To assist the court, and, according to two court orders, the case-management schedule in
20 this case is as follows.

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Non-expert discovery completion date | 12/7/15 |
| Expert disclosures required by FRCP | 12/7/15 |
| Rebuttal expert disclosures | 12/21/15 |
| Expert discovery completion date | 1/21/16 |
| Last hearing date for dispositive motions and/or further case management conference | 1/21/16 at 9:30 a.m. |
| Meet and confer regarding pretrial filings | 2/12/16 |

| Pretrial filings due | 3/3/16 |
|---|---|
| Oppositions, Objections, Ex.s, and Depo Designations due | 3/17/16 |
| Final Pretrial Conference | 4/7/16 at 1:30 p.m. |
| Trial | 4/18/16 at 8:30 a.m. |
| Length of Trial | 5 days |

Dated:  October 1, 2015                    Respectfully submitted,

SCOTT LAW FIRM


By:  /s/Lizabeth N. de Vries
     Lizabeth N. de Vries
     Attorney for Plaintiff

DATED:  October 1, 2015            EDRINGTON, SCHIRMER & MURPHY LLP


By: /s/Owen T. Rooney
    Owen T. Rooney
    Attorney for BART and NOLAN PIANTA

Date:  October 1, 2015

BARBARA J. PARKER, City Attorney
OTIS McGEE, JR., Chief Assistant City Attorney
JAMES F. HODGKINS, Supervising Trial Attorney


By:/s/James Hodgkins
   James Hodgkins
   Attorneys for Defendants
   CITY OF OAKLAND and
   MICHAEL STOLZMAN