1  OWEN T. ROONEY, ESQ. (Bar No. 127830)  [G.C. 6103]
   EDRINGTON, SCHIRMER & MURPHY
2  The Terraces
3  2300 Contra Costa Blvd., Suite 450
   Pleasant Hill, CA  94523
4  Telephone:  (925) 827-3300

5  Attorney for Defendants BAY AREA RAPID TRANSIT DISTRICT
   and NOLAN PIANTA

6

7

8               UNITED STATES DISTRICT COURT

9       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH

10

11  MEGAN SHEEHAN,                           Case No.  C14-03156 LB

12         Plaintiff,                        [~~PROPOSED~~] **ORDER EXCUSING**
                                             **NOLAN PIANTA FROM ATTENDING**
13       v.                                  **THE SETTLEMENT CONFERENCE**

14
    BAY AREA RAPID TRANSIT DISTRICT,
15  NOLAN PIANTA, and DOES1-20, inclusive.

16         Defendants.
17  _____/

18         Defendants, BAY AREA RAPID TRANSIT DISTRICT and NOLAN PIANTA through

19  their undersigned attorney of record, hereby request this court's order as follows:

20         1.      This civil rights action alleges excessive force at Santa Rita Jail on March 17,

21  2014.

22         2.      Nolan Pianta is a police officer employed with the BART Police Dept. and a

23  named defendant.

24         3.      This case is scheduled for a Settlement Conference with Chief Magistrate Judge

25  Spero on March 1, 2016.

26         4.      It is requested that Nolan Pianta's attendance at the Settlement Conference be

27  excused.  Mr. Pianta is a not decision-maker for settlement purposes.  An authorized BART

28

1  representative with the authority to settle will attend the Settlement Conference.  Mr. Pianta
2  was excused from attending the initial Settlement Conference.
3
4  DATED:  February 16, 2016                        EDRINGTON, SCHIRMER & MURPHY LLP
5
6                                                   By:_____/s/_____
                                                          Owen T. Rooney
7
8                                     **IT IS SO ORDERED**
9
10 DATED:  February__18__, 2016
                                                    By_____
11                                                     Chief Magistrate Judge Joseph C. Spero
12
13

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*