**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

MEGAN SHEEHAN,

    Plaintiff,

v.

BAY AREA RAPID TRANSIT, NOLAN PIANTA and DOES 1-20,

    Defendants.

_____/

No. 3:14-cv-03156-LB

SCHEDULING ORDER

The court issues this revised scheduling order:

| Case Event | Filing Date/Disclosure Deadline/Hearing Date |
|---|---|
| Updated joint case-management statement | 5/5/2016 |
| Further case-management conference | 5/12/2016 at 9:30 a.m. |
| Meet and confer re pretrial filings | 6/1/2016 |
| Pretrial filings due | 6/16/2016 |
| Oppositions, Objections, Exhibits, and Depo Designations due | 6/23/2016 |
| Final Pretrial Conference | 7/07/2016 at 1:30 p.m. |
| Trial | 7/25/2016 at 8:30 a.m. |
| Length of Trial | 5 days |

**IT IS SO ORDERED**.

Dated: March 21, 2016


_____
LAUREL BEELER
United States Magistrate Judge

CASE MANAGEMENT AND PRETRIAL ORDER
3:14-cv-03156 LB