1  John Houston Scott (SBN 72578)
   Lizabeth N. de Vries (SBN 227215)
2  SCOTT LAW FIRM
3  1388 Sutter Street, Suite 715
   San Francisco, CA 94109
4  Tel:  (415) 561-9601
   Fax:  (415) 561-9609
5  john@scottlawfirm.net
   liza@scottlawfirm.net
6
7  Attorneys for Plaintiff,
   MEGAN SHEEHAN

8  OWEN T. ROONEY, ESQ. (Bar No. 127830)
   EDRINGTON, SCHIRMER & MURPHY
9  The Terraces
10 2300 Contra Costa Blvd., Suite 450
   Pleasant Hill, CA  94523
11 Telephone:  (925) 827-3300

12 Attorney for Defendants,
   BAY AREA RAPID TRANSIT DISTRICT
13 and NOLAN PIANTA

14                    **UNITED STATES DISTRICT COURT**

15            **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO BRANCH**

16
   MEGAN SHEEHAN,                              Case No.  C14-03156 LB
17
         Plaintiff,                            **UPDATED JOINT CASE MANAGEMENT**
18                                             **CONFERENCE STATEMENT**
19    v.

20 BAY AREA RAPID TRANSIT, NOLAN               **Date:**  May 12, 2016
   PIANTA, and DOES 1-20, inclusive.           **Time:**  11:00 a.m.
21 Defendants.                                 **Dept:**  15th Fl. Crtrm. C
22 _____/

23

24

25

26

27

28

---

1
Updated Joint Case Management Conference Statement

1    Plaintiff Megan Sheehan, and defendants BART and Nolan Pianta, through counsel,
2 jointly submit this updated Case Management Conference Statement pursuant to the Court's
3 March 21, 2016 minute-entry Order. (Dkt. 105).
4    The Court continued the trial date in this matter to July 25, 2016 because the parties
5 reported that they had conditionally settled the case on March 17, 2016. (Dkt. 104). Defendants
6 approved this settlement on April 28, 2016.
7    On May 3, 2016, plaintiff submitted all signed documents requested by defendants: a
8 Release, W9, and Medicare-related form. Defendants' counsel communicated to plaintiff's
9 counsel that payment would be issued in "approximately" 30 days.
10    Until payment is received, plaintiff cannot dismiss this case nor agree to the continuation
11 of any deadlines or dates.

Dated:  May 5, 2016                          Respectfully submitted,

                                             SCOTT LAW FIRM


                                             By: /s/Lizabeth N. de Vries
                                                 Lizabeth N. de Vries
                                                 Attorney for Plaintiff MEGAN SHEEHAN

Dated:  May 5, 2016                          EDRINGTON, SCHIRMER & MURPHY LLP


                                             By: /s/Owen T. Rooney
                                                 Owen T. Rooney
                                                 Attorney for Defendants BART and
                                                 NOLAN PIANTA