1  John Houston Scott (SBN 72578)
   Lizabeth N. de Vries (SBN 227215)
2  **SCOTT LAW FIRM**
   1388 Sutter Street, Suite 715
3  San Francisco, CA 94109
   Tel:  (415) 561-9601
4  Fax: (415) 561-9609
   john@scottlawfirm.net
5  liza@scottlawfirm.net

6  Attorneys for Plaintiff,
   MEGAN SHEEHAN
7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10

11 MEGAN SHEEHAN                              Case No.:  C 14-03156 LB

12       Plaintiff,

13 v.                                         **STIPULATION AND [PROPOSED]
                                              ORDER FOR DISMISSAL OF ALL**
14 BAY AREA RAPID TRANSIT, NOLAN              **CLAIMS**
   PIANTA, CITY OF OAKLAND, MICHAEL
15 STOLZMAN, and DOES 1-20, inclusive.

16       Defendants.

**STIPULATION**

The parties to the above-entitled action, by and through their respective counsel of record, hereby stipulate and agree as follows:

1. The Parties have reached a collective settlement on all issues raised in this matter. The terms of which are set forth in a written agreement.

2. The parties seek to dismiss all claims presented in the Complaint with prejudice pursuant to the terms of the respective settlement agreements, as more fully set forth within the Settlement Agreement and Release executed by and between the Parties.

3. The parties wish to dismiss the entire action with prejudice.

WHEREFORE, the parties hereby stipulate and agree as follows:

1. The above-captioned case shall be dismissed with prejudice in its entirety pursuant to Fed. R. Civ. P. 41.

2. Each side shall bear its own attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: June 2, 2016                     **SCOTT LAW FIRM**

                                        By:  /s/ Lizbeth N. de Vries_____
                                             Lizbeth N. de Vries
                                             Attorney for Plaintiff, MEGAN SHEEHAN

Dated: June 2, 2016                     **EDRINGTON, SCHIRMER & MURPHY**

                                        By:  /s/ Owen T. Rooney_____
                                             Owen T. Rooney, Attorney for
                                             Defendants BAY AREA RAPID
                                             TRANSIT AND NOLAN PIANTA

SCOTT LAW FIRM
1388 SUTTER STREET, SUITE 715
SAN FRANCISCO, CA 94109

**Local Rule 131(e) Attestation**

I, Lizabeth N. de Vries, am the ECF user whose identification and password are being used to file the foregoing documents, Pursuant to Civil Local Rule 5.1(i), I hereby attest that concurrence in the filing of this document has been obtained from each of its Signatories.

Dated: June 2, 2016                                   **SCOTT LAW FIRM**

By:   /s/ Lizabeth N. de Vries
        Lizabeth N. de Vries
        Attorney for Plaintiff, MEGAN SHEEHAN

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: June 2, 2016                           _____
                                              HON. LAUREL BEELER
                                              United States District Magistrate Judge